# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMIR HADEED, MD and<br>JOHNSTOWN HEART AND<br>VASCULAR CENTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED VASCULAR<br>RESOURCES OF JOHNSTOWN, LLC;<br>AVR MANAGEMENT, LLC;<br>WASHINGTON VASCULAR<br>INSTITUTE, LLC; and MUBASHAR<br>CHOUDRY, MD,<br><br>Defendants. | : No.: 3:15-cv-00022-KRG |

## ~~PROPOSED~~ SCHEDULING ORDER

AND NOW this __8th__ day of __December__, 2016, upon consideration of the Joint Motion to Amend/Correct Scheduling Order, IT IS HEREBY ORDERED that the Joint Motion is GRANTED. This Court's April 8, 2016 Final Scheduling Order shall be amended as follows:

1. Plaintiffs' and Defendants' pretrial narrative statements shall comply with Local Rule 16.1.C.1 and shall be filed **within forty-five (45) days of this Court's Summary Judgment Order(s);**

2. The Parties' motions *in limine*, proposed points for charge and proposed voir dire shall be filed **within forty-five (45) days of this Court's Summary Judgment Order(s);**

3. The nonmoving party's response to any motions *in limine* shall be filed **within sixty-five (65) days of this Court's Summary Judgment Order(s)**

4. The Parties' *Daubert* motions shall be filed **within forty-five (45) days of this Court's Summary Judgment Order(s);**

5. The nonmoving party's response to any *Daubert* motions shall be filed **within sixty-five (65) days of this Court's Summary Judgment Order(s);**

6. No motions *in limine* will be entertained by the Court prior to: **to be scheduled;**

7. Argument on *Daubert* motions and motions *in limine* shall be heard on: **to be scheduled;**

8. The Court will conduct a pretrial conference on: **to be scheduled;**

9. The case shall presumptively be called for trial on: **to be scheduled.**

BY THE COURT:

_____
Kim R. Gibson
United States District Judge